**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF GEORGIA**

**SAVANNAH DIVISION**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 4:08CR100 |
| NIURKA RASCO, | ) | |
| Defendants. | ) | |

### O R D E R

The above cause having come before the Court on the 31st day of August, 2009, and the following rulings having been made orally, said rulings are hereby made the judgment of the Court.

Defendant's motion to dismiss and motion to sever are TAKEN UNDER ADVISEMENT.

All other pretrial motions are moot

SO ORDERED, this _31st_ day of August, 2009.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA